David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY GEIGER, | **Case No. 2:19-cv-01286-GMN-BNW** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| | **DISMISSING ACTION WITH** |
| ARSTRAT, LLC, | **PREJUDICE** |
| Defendant. | |

<u>**STIPULATION**</u>

Plaintiff Gregory Geiger and Defendant Arstrat, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41

…

…

…

…

…

…

…

…

…

(a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: January 7, 2021

| By: | /s/ David Krieger, Esq. | By: | /s/ Adam Knecht, Esq. |
|---|---|---|---|
| | David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | | Adam R. Knecht, Esq.<br>ALVERSON TAYLOR &<br>SANDERS<br>6605 Grand Montecito Pkwy<br>Suite 200<br>Las Vegas, Nevada 89149<br>*Attorneys for Defendant* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this ___7___ day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT